| | | |
|---|---|---|
| **ATTORNEY GRIEVANCE COMMISSION OF MARYLAND** | * | IN THE |
| | * | COURT OF APPEALS |
| | * | OF MARYLAND |
| **v.** | * | Misc. Docket AG No. 20 |
| **OLADIPO AKINWUNMI AKIN-DEKO** | * | September Term, 2020 |

## ORDER

Upon consideration of Petition for Disciplinary or Remedial Action of the Attorney Grievance Commission of Maryland, filed pursuant to Maryland Rules 19-737 and 19-721, Bar Counsel's Response to this Court's Show Cause Order entered July 13, 2020, and there being no response filed by the Respondent, it is this 24th day of September, 2020

**ORDERED**, by the Court of Appeals of Maryland, that the Respondent, OlaDipo Akinwunmi Akin-Deko, be, and hereby is, indefinitely suspended from the practice of law in the State of Maryland for violations of Rules 1.1, 1.3, 8.1(b) and 8.4(d); and it is further

**ORDERED**, that the Clerk of this Court shall strike the name of OlaDipo Akinwunmi Akin-Deko from the register of attorneys in this Court and certify that fact to the Trustees of the Client Protection Fund of the Bar of Maryland and all Clerks of all judicial tribunals in this State in accordance with Maryland Rule 19-761(b).

Pursuant to Maryland Uniform Electronic Legal
Materials Act
(§§ 10-1601 et seq. of the State Government Article) this document is authentic.



/s/ Mary Ellen Barbera
Chief Judge

Suzanne C. Johnson, Clerk